IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN CHAD BREVIK,<br><br>        Petitioner,<br><br>   v.<br><br>TRENT ALLEN,<br><br>        Respondent. | No.  2:22-CV-2052-DMC-P<br><br>ORDER |

       Petitioner, a state prisoner proceeding pro se, appears to seek to bring a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Pending before the Court are Petitioner's motions for the appointment of counsel, ECF Nos. 1 and 7.

       There currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the Court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/ / /

/ / /

/ / /

1

1          Accordingly, IT IS HEREBY ORDERED that Petitioner's motions for appointment of counsel, ECF Nos. 1 and 7, are denied without prejudice to renewal, at the earliest, after a response to the petition has been filed.

Dated: December 20, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE