# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN CHAD BREVIK,<br><br>             Petitioner,<br><br>     v.<br><br>TRENT ALLEN,<br><br>             Respondent. | No.  2:22-CV-2052-DMC-P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, appears to seek to bring a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Petitioner's initial filing, however, consists of a motion for appointment of counsel, which will be addressed separately.  By this order, Petitioner will be required to file his habeas corpus petition within 30 days.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall file a petition for writ of habeas corpus within 30 days of the date of this order; and

2. The Clerk of the Court is directed to send to Plaintiff the Court's form habeas petition for state prisoners.

Dated:  December 20, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1