**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONOVAN CHAD BREVIK, | No.  2:22-CV-2052-DMC-P |
| Petitioner, | |
| v. | ORDER |
| TRENT ALLEN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, appears to seek to bring a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Pending before the Court is Petitioner's motion, ECF No. 4, for an extension of time to file a consent election form.  Good cause appearing therefor, Petitioner's motion is granted.  Petitioner's consent election form filed on December 14, 2022, ECF No. 5, is deemed timely.

IT IS SO ORDERED.

Dated:  December 20, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1