IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN CHAD BREVIK,<br><br>        Petitioner,<br><br>  v.<br><br>TRENT ALLEN,<br><br>        Respondent. | No. 2:22-CV-2052-DMC-P<br><br>ORDER |

        Petitioner, a state prisoner proceeding pro se, appears to seek to bring a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Pending before the Court are Petitioner's motions for leave to proceed in forma pauperis, ECF Nos. 2 and 6.  Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that Petitioner is unable to prepay fees and costs or give security therefor.

        Accordingly, IT IS HEREBY ORDERED that Petitioner's motions for leave to proceed in forma pauperis, ECF Nos. 2 and 6, are granted.

Dated:  December 20, 2022

                                              _____
                                              DENNIS M. COTA
                                              UNITED STATES MAGISTRATE JUDGE