IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN CHAD BREVIK,<br><br>    Petitioner,<br><br> v.<br><br>TRENT ALLEN,<br><br>    Respondent. | No. 2:22-CV-2052-DMC-P<br><br>ORDER |

   Petitioner, a state prisoner proceeding pro se, appears to seek to bring a petition for a writ of habeas corpus under 28 U.S.C. § 2254.

   Petitioner commenced this action with a request for the appointment of counsel to assist him in preparation of a habeas petition. See ECF No. 1. The Court denied the request for appointment of counsel and directed Petitioner to file a pro se petition within 30 days. See ECF Nos. 8 and 9. Now before the Court are Petitioner's motions, ECF Nos. 12 and 13, seeking additional time to file a habeas petition.

   In the currently pending motions, Petitioner states that he has until June 2023 to file his petition pursuant to the one-year limitation period established in the Anti-terrorism and Effective Death Penalty Act (AEDPA). Petitioner asks the Court to "postpone" the due date for his habeas petition until that time. The relief Petitioner seeks is unnecessary. Petitioner does not require an order from this Court to preserve any filing deadline, which is otherwise set by statute.

Given Petitioner's recent filings, it appears this action was initiated prematurely, and that Petitioner is not yet prepared to file his habeas petition.  Petitioner is directed to prosecute this action either by filing his habeas petition or a notice of voluntary dismissal without prejudice, such election to be made within 30 days of the date of this order.  Petitioner is cautioned that this action may be dismissed for lack of prosecution should Petitioner fail to comply with this order within the time provided therefor.  Petitioner's motions, ECF Nos. 12 and 13, are denied as unnecessary.

IT IS SO ORDERED.

Dated:  January 6, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE