# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN CHAD BREVIK, | No. 2:22-CV-2052-DMC-P |
| Petitioner, | |
| v. | ORDER |
| TRENT ALLEN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, appears to seek to bring a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has filed a notice of voluntary dismissal. See ECF No. 15. Because no answer has been filed, leave of Court is not required and the action is dismissed without prejudice on Petitioner's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated: February 1, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1